INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

Dustin M Nevil

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Lawrre B Wilson, Brent M Macer, Jillian N. Kratochvil

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

FILED
JAN 08 2024
U.S. DISTRICT COURT
EVANSVILLE, INDIANA

## COMPLAINT FOR A CIVIL CASE

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only*: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievances, witness statements, evidence, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

I. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

ECPA 18 U.S.C. §§ 2510-2523, 18 U.S.C. §§ 2515, 18 USC. §§ 2520 The Fourth Amendment of the united States constitution,

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual:
   The plaintiff, (name) Dustin M Nevil, is a citizen of the State of (name) Indiana, OR is a citizen of (foreign nation) _____

   b. If the plaintiff is a corporation, partnership, or other entity:
   The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.
   Or is incorporated under the laws of (foreign nation) _____,
   and has its principal place of business in (name) _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

Page 2 of 6

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

2. The Defendant(s)

   a. If the defendant is an individual:
      The defendant, (name) **Lawrie B Wilson**, is a citizen of the State of (name) **Indiana**, OR is a citizen of (foreign nation) _____.

   b. If the defendant is a corporation, partnership, or other entity:
      The defendant, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.
      Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

   **$525,000.00 per 18 U.S.C. SS 2520 for Damages.**

II. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: **Dustin M Nevil**
   Street Address: **6914 W Mill Rd.**
   City and County: **Evansville, Vanderburgh**
   State and Zip Code: **Indiana 47720**
   Telephone Number: **812-305-5043**
   E-mail Address: **Dustinnevil@yahoo.com**

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

2. The Defendant(s)

 a. If the defendant is an individual:
 The defendant, (name) **Brent M Macer**, is a citizen of the State of (name) **Indiana**, OR is a citizen of (foreign nation) _____.

 b. If the defendant is a corporation, partnership, or other entity:
 The defendant, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.
 Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

 *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

 The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

 **$525,000.00 per 18 U.S.C. SS 2520 for Dammages.**

## II. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Dustin M Nevil |
| Street Address | 6914 W Mill Rd |
| City and County | Evansville, Vanderburgh |
| State and Zip Code | Indiana 47720 |
| Telephone Number | 812-305-5043 |
| E-mail Address | Dustinnevil@yahoo.com |

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

2. The Defendant(s)

   a. If the defendant is an individual:
   The defendant, (name) **Jillian N. Kratochvil**, is a citizen of the State of (name) **Indiana**, OR is a citizen of (foreign nation) _____.

   b. If the defendant is a corporation, partnership, or other entity:
   The defendant, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.
   Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

   **$525,000.00 per 18 U.S.C. §§ 2520 for Damages**

II. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: **Dustin M Nevil**
   Street Address: **6914 W Mill Rd**
   City and County: **Evansville, Vanderburgh**
   State and Zip Code: **Indiana 47720**
   Telephone Number: **812-305-5043**
   E-mail Address: **DustinNevil@yahoo.com**

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

**B.  The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation or other entity. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Lawrie D Wilson
- Job or Title *(if known)*: Paralegal
- Street Address: 2832 Dennison St
- City and County: Evansville, Vanderburgh
- State and Zip Code: Indiana, 47712
- Telephone Number: 812-459-6949
- E-mail Address *(if known)*:

Defendant No. 2
- Name: Brent M Macer
- Job or Title *(if known)*: Lawyer
- Street Address: 4622 Brighton Ct.
- City and County: Newburgh, Warrick
- State and Zip Code: Indiana, 47630
- Telephone Number: 812-228-7272
- E-mail Address *(if known)*:

Defendant No. 3
- Name: Jillian N. Kratochvil
- Job or Title *(if known)*: Lawyer
- Street Address: 2225 Kratochvil Ln.
- City and County: Evansville, Vanderburgh
- State and Zip Code: Indiana  47720
- Telephone Number: 317-796-7744
- E-mail Address *(if known)*:

Case 3:24-cv-00004-RLY-CSW  Document 1  Filed 01/08/24  Page 7 of 10 PageID #: 7

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please see Attached

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$525,000.00 per 18 U.S.C. ss 2520 for Dammages. The Defendants used spying and snooping to get a Judgement result. used my texts out of context to inflict mental and finachail harm to me and my busssness'. I pray for relreff under the Statue

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1-8-24

Signature of Plaintiff: *[signature]*
Dustin M Neal

# Statement of Claim

1

Laurie Nevil violated my rights by snooping trough my phone without permission to gain an advantage through our divorce listed below are the dates of events that she has used in trial. And she admitted under oath that she got the screen shots from my phone. See attached admission under oath. Under the ECPA it is illegal for anyone to give their self-access without a court order or subpoena. Under 18 U.S. code ss 2520 Gives me the right to file this suit and ask for damages and Relief.

11/25/2021 @ 7:00 PM

Laurie was going through my phone while I was sleeping without permission and taking pictures with her phone.

11/27/2021 @6:03 AM

Laurie was going through my phone while I was sleeping without permission and taking pictures with her phone.

Sometime between 12/1/21-1/4-22 Laurie blocked my lawyer Kena Hollingsworth's contact from calling my phone. I wondered why I wasn't receiving calls or emails.

12/1/21 @ 6:45 AM

Laurie was going through my phone while I was sleeping without permission and taking pictures with her phone.

12/10/21 @ 5:32 AM

Laurie was going through my phone while I was sleeping without permission and taking pictures with her phone.

12/18/21 @ 7:29 AM

Laurie was going through my phone without permission and taking pictures with her phone. Also taking pictures of me sleeping.

12/20/21 @5:46 PM Laurie is taking pictures of me sleeping.

During this time, I had tons of pictures, text messages, and emails deleted.

4/10/22 @ 10:31 PM Laurie guided Tyler over the phone how to take the sim cards out of my cameras and then discussed where to store them. Tyler stayed with Laurie for a few days and she has the sims cards until this day to my knowledge.

We had Company Emails and Personal Emails deleted during this time. Photos and texts pertaining to the origin of where assets came from were disappearing off all of these platforms. During this time my Lawyer, Mark Miller, was put on Junk mail and I didn't receive his emails until I figured out what was going on.

I pray you please put a stop to this harassment, damaging of my personal Reputation, and release of my private information.

2. Brent M Macer.

On May 28, 2023 Brent M. Macer Filed a motion to reconsider In Gibson County court. He used Illegally obtained evidence Laurie Wilson took off my phone without Permission. he then knowing how they were obtained submitted them into evidence. Under 18 U.S. code ss 2520 Gives me the right to file this suit and ask for damages and Relief. Also Mr. Macer sente out my full ss number date of birth and full name address and names of my LLCs to third parties with out redaction.

3. On October 4-6 2023

Jillian Kratochvil Used Screen shots, text messages Private Facebook messages that were illegally obtained by her client Laurie Wilson. She submitted them into evidence. We objected and said they were inadmissible because of state and federal statues. It was ignored and the judge used them as a basis for his determination.