IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| **DUSTIN M. NEVIL,**<br><br>**Plaintiff**,<br><br>v.<br><br>**LAURIE B. NEVIL and LAURIE B. BUMB,**<br><br>**Defendants**. | No.: 3:23-cv-00125-MPB-CSW |

### ORDER CONSOLIDATING CASES

On March 28, 2024, Defendant Laurie B. Bumb ("Bumb"), by counsel, filed a motion to consolidate this case (Case No.: 3:23-cv-00125-MPB-CSW) with Case No.: 3:24-cv-00004-RLY- CSW pursuant to Federal Rule of Civil Procedure 42(a)(2). This Court having reviewed the motion finds that consolidation will serve the interests of justice, avoid unnecessary costs and delays, and promote judicial economy. Both cases involve common questions of law and fact.

The Court therefore **orders** the consolidation of this case with Case No.: 3:24-cv-00004-RLY-CSW for all purposes in order to avoid unnecessary cost and delay, and to make a more efficient use of judicial resources. The cases will proceed under the first filed case, this case, *Nevil v. Nevil*, Case No.: 3:23-cv-00125-MPB-CSW.

To effectuate the consolidation of cases, the following steps shall be taken:

1. Bumb's motion [Dkt. 24] is **granted**.
2. The **clerk is directed** to docket a copy of this Entry in Case No.: 3:24-cv-00004-RLY-CSW and close that case on the docket. No judgment is necessary under these

1

circumstances.

3. The parties shall make all future filings in Case No.: 3:23-cv-00125-MPB-CSW, and no further filings shall be made in Case No.: 3:24-cv-00004-RLY-CSW.

4. The **clerk is directed** to add Brent M. Macer and Jillian Kratochvil to the docket in this case as a party Defendant. Counsel for these newly added defendants shall enter their appearance in this case.

5. The **clerk is directed** to docket a copy of the pleadings/motions filed in Case No.: 3:24- cv-00004-RLY-CSW at Dkt. 16, 17, 18, 19, 20, 22, 23, and 28 in this case (Case No.: 3:23-cv-00125-MPB-CSW). All pleadings therein maintain their legal relevance. All pending motions will be ruled on under Case No.: 3:23-cv-00125-MPB-CSW.

SO ORDERED.

Dated: April 12, 2024

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.